**Order entered July 18, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-01056-CV

**LG CHEM, LTD., Appellant**

**V.**

**CHRISTOPHER W. TULLIS, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-05481**

### ORDER

Before the Court is appellant's July 14, 2022 unopposed second motion for an extension of time to file a reply brief. We **GRANT** the motion and extend the time to **July 22, 2022**.

/s/    ROBERT D. BURNS, III
         CHIEF JUSTICE